UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA KIRPICHEVA,<br><br>    Plaintiff,<br><br>v.<br><br>BOSH ENTERPRISES, LLC et al.,<br><br>    Defendants. | Case No. 2:25-cv-08651-SB-AJR<br><br>ORDER TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION |

Plaintiff Olga Kirpicheva filed the complaint in state court on August 1, 2025. Defendants filed a notice of removal on September 11, 2025. Dkt. No. 1.

Federal courts have subject-matter jurisdiction only over matters authorized by the Constitution and Congress. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). This Court has a duty to assess whether federal subject-matter jurisdiction exists and may consider the issue sua sponte at any stage of the proceedings. *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

A federal district court has original jurisdiction over a civil action when (1) a federal question is presented in an action "arising under the Constitution, laws, or treaties of the United States" or (2) there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1331, 1332(a). Complete diversity means that each of the plaintiffs must be a citizen of a different state than each of the defendants. *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996). A removing defendant invoking diversity jurisdiction is generally required to "affirmatively allege the actual citizenship of the relevant parties." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).

Defendants removed on the basis of diversity. In their notice of removal, Defendants identified Bosh Enterprises, LLC's state of incorporation (Nevada) and the state of its principal place of business (Texas). Dkt. No. 1 at 3. But it appears that Bosh Enterprises, LLC is a limited liability company. And the citizenship of a limited liability company is determined by the citizenship of each of its members. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Defendant Bosh Enterprises, LLC needs to show that diversity is complete as to <u>all</u> its members. Accordingly, Defendants are ORDERED to show cause, in writing, by no later than October 6, 2025, why the Court has jurisdiction over this case by demonstrating complete diversity of citizenship between the parties. *Failure to timely comply will result in remand*.

Date: September 25, 2025

Stanley Blumenfeld, Jr.
United States District Judge